IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:21CR865 |
| Plaintiff | * | |
| -vs- | * | JUDGE JOHN R. ADAMS |
| MICHAEL KLEINSCHMIDT | * | NOTICE OF FILING OF |
| Defendant | * | DISCOVERY DEMAND |

\* \* \*

Now comes the Defendant, Michael Kleinschmidt, by and through undersigned counsel, and hereby gives notices that on December 20, 2021, he submitted to Assistant United States Attorney Margaret Kane his demand for discovery pertaining to the above-captioned case. (Discovery request attached)

Respectfully submitted,

/S/ LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO. LPA
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171 - 330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on December 20, 2021, a copy of the foregoing Notice of Filing of Discovery Demand was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/S/ LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY
Attorney for Defendant